UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14074-CANNON/MAYNARD

18 U.S.C. § 1591
18 U.S.C. § 1594(d) & (e)

UNITED STATES OF AMERICA

vs.

SHANNIMA YUANTRELL SESSION,
    a.k.a. "Shalamar"
    a.k.a. "Lean"
    a.k.a. "Dreds"
    a.k.a. "Rasta"

        Defendant.
_____/

FILED BY ___YAR___ D.C.
Dec 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about July 2011, and continuing through in or about May 2013, in Highlands and Okeechobee Counties, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 1, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of

such means would be used to cause VICTIM 1 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 2
### Sex Trafficking of a Minor and by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about July 2011, and continuing through in or about March 2012, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 2, (1) knowing, and in reckless disregard of the fact that VICTIM 2 had not yet attained the age of 18 years, and having had a reasonable opportunity to observe VICTIM 2, and that VICTIM 2 would be caused to engage in a commercial sex act, and (2) knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 2 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c).

## COUNT 3
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about March 2012, and continuing through in or about July 2013, in Highlands, Martin, Miami-Dade, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 3, knowing, and in reckless

2

disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 3 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 4
### Sex Trafficking of a Minor by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about March of 2012, and continuing through in or about July 2013, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, that is, VICTIM 4, (1) knowing, and in reckless disregard of the fact that VICTIM 4 had not yet attained the age of 18 years, and having had a reasonable opportunity to observe VICTIM 4, and that VICTIM 4 would be caused to engage in a commercial sex act, and (2) knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 4 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c).

## COUNT 5
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about February 2016, and continuing through in or about March 2018, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 5,

knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 5 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 6
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about August 2018, and continuing through in or about November 2018, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 6, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 6 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 7
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about April of 2018, and continuing through in or about February 2019, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 7, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 7 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 8
## Sex Trafficking by Force, Fraud, and Coercion
## (18 U.S.C. § 1591)

In or about November 2018, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

### SHANNIMA YUANTRELL SESSION,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 8, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 8 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 9
## Sex Trafficking of a Minor
## (18 U.S.C. § 1591)

In or about November 2018, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

### SHANNIMA YUANTRELL SESSION,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 9, knowing, and in reckless disregard of the fact that VICTIM 9 had not attained the age of 18 years, and having had a reasonable opportunity to observe VICTIM 9, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## COUNT 10
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591)

Beginning in or about October of 2018, and continuing through in or about December 2018, in Highlands County, in the Southern District of Florida, and elsewhere, the defendant,

**SHANNIMA YUANTRELL SESSION,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, by any means, a person, that is, VICTIM 10, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause VICTIM 10 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SHANNIMA YUANTRELL SESSION,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d) and (e)(1).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to:

a. One black Apple iPhone

b. One black Alcatel cellular telephone, Model 5044C, IMEI No. 015075000803671

c. One black ZTE cellular telephone with no battery, Model Z851M, Serial No. 329F770256F5

d. One white Zeki Tablet, Model No. TBQG774B, Serial No. 9703003062

e. One HP Laptop computer, Model G70t-200, Serial No. 2CE91260BJ

f. One grey Acer Chromebook laptop computer, Serial No. NXGHJAA00282902F6D7600

All pursuant to Title 18, United States Code, Section 1594(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

_____
LEAH BRANCH
TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SHANNIMA YUANTRELL SESSION,

_____/
Defendant.

CASE NO.: 22-CR-14074-CANNON/MAYNARD

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☑ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 15 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☐ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☑ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the           District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
JUSTIN L. HOOVER
Assistant United States Attorney
Court ID No.    5502493

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14074-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

SHANNIMA YUANTRELL SESSION,
                Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
JUSTIN L. HOOVER
Assistant United States Attorney
Court ID No.   5502493
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Justin.Hoover@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SHANNIMA YUANTRELL SESSION

**Case No:** 22-CR-14074-CANNON/MAYNARD

Counts #: 1, 3, 5-8, and 10

Sex Trafficking by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1591(a)(1), (b)(1)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): 15 years
* Max. Supervised Release: 5 years up to Life
* Max. Fine: $250,000
* Special Assessments: $100 Special Assessment and $5,000 Special Assessment

Counts #: 2, and 4

Sex Trafficking of a Minor and by Force, Fraud, and Coercion in violation of 18 U.S.C. §1591(a)(1), (b)(1), (b)(2)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): 15 years
* Max. Supervised Release: 5 years up to Life
* Max. Fine: $250,000
* Special Assessments: $100 Special Assessment and $5,000 Special Assessment

Count #: 9

Sex Trafficking of a Minor in violation of 18 U.S.C. §1591(a)(1), (b)(2)
* Max. Term of Imprisonment: Life Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): 10 years
* Max. Supervised Release: 5 years up to Life
* Max. Fine: $250,000
* Special Assessments: $100 Special Assessment and $5,000 Special Assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.