UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14074-CR-CANNON/MAYNARD

**UNITED STATES OF AMERICA**

vs.

**SHANNIMA YUANTRELL SESSION,**
    a.k.a. "Shalamar"
    a.k.a. "Lean"
    a.k.a. "Dreds"
    a.k.a. "Rasta"

    **Defendant.**
_____/

## JOINT STATUS REPORT

Comes now the United States of America, by and through its undersigned Assistant United States Attorney and Trial Attorneys, and submits this Joint Status Report in the above-captioned matter.

1. After holding a hearing regarding the Protective Discovery Order in the instant case, the Court issued an Order providing instructions to the parties (DE 53). One of the Court's orders was for the parties to file a joint status report to update the Court on the status of discovery (DE 53:1).

### Government's Update

2. On October 10, 2023, as instructed by the Court, the government provided to Chambers a sample of the discovery. This sample included excerpts from federal search warrant affidavits, FBI and other law enforcement reports, medical records, and text messages.

3. The government continues to communicate with Counsel for Defendant regarding discovery and Protective Order issues.

4. As discussed further below, the government has not been asked for concurrence to provide any specific documents to Defendant, in custody, pursuant to paragraph 5 of the Protective Discovery Order.

**Defendant's Update**

5. The following paragraphs were provided by Counsel for Defendant:

6. Meetings with Mr. Session since August 31, 2013:

   a. Kafahni Nkrumah – Due to previously approved annual leave and an unannounced death in the family Mr. Nkrumah was only in the office ten (10) days in the month of September. Due to space unavailability counsel was unable to meet with Mr. Session the week of October 2nd (no space 10/5 or 10/6 to accommodate meeting).

   b. Sarah Shannon – Counsel is currently unable to provide Ms. Shannon's dates and time spent meeting with Mr. Session for the month of September due to Ms. Shannon being out of the office because of a family emergency. Ms. Shannon was scheduled to go to visit with Mr. Session on 10/5/23 but had to cancel her meeting due to the family emergency. Counsel will update the court when Ms. Shannon has returned to work and advise counsel of her visits.

   c. Aisha Nash – Due to an illness Ms. Nash has yet to visit with Mr. Session.

7. Counsel would also like to advise the Court that due to the limited visiting room availability; my understanding is there are four rooms for visitation, the number of state and federal

2

detainees, and the need to spend multiple hours with Mr. Session to review the discovery, the defense is being placed at a severe disadvantage in its preparation of Mr. Session's defense.

8. The Court also requested that the defense team identify any discovery documents that they have identified and may be provided to the defendant pursuant to paragraph five of the protective order. Counsel for Mr. Session first would like to state that he believes that Mr. Session should be entitled to a copy of his discovery and counsel believes that the government can redact the discovery to ensure that PPI information is not provided to the defendant.

9. Counsel for Mr. Session would also advise that due to the voluminous nature of the discovery in this matter, and also counsels other obligations and case load management, that he has not had an opportunity to fully review the discovery that has been provided by the government in this matter to accurately give an assessment on which documents the defense team believes can be given to the defendant.

      Respectfully submitted,

      MARKENZY LAPOINTE
      UNITED STATES ATTORNEY

By:   /s/ Justin L. Hoover
      Justin L. Hoover
      Assistant United States Attorney
      Court ID No. A5502493
      101 South U.S. 1, Suite 3100
      Fort Pierce, Florida 34950
      Justin.Hoover@usdoj.gov

      KRISTEN CLARKE
      ASSISTANT ATTORNEY GENERAL

        /s/ Leah L. Branch
      Leah L. Branch
      Trial Attorney
      New York Bar No. 5328737

Maryland Bar No. 1112130108
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-598-1459
Leah.Branch@usdoj.gov

*/s/ Elizabeth A. Hutson*
Elizabeth A. Hutson
Trial Attorney
D.C. Bar No. 1034845
Virginia Bar No. 85763
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-532-5578
Elizabeth.Hutson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via Notice of Electronic Filing generated by CM/ECF.

/s/ Justin L. Hoover
Justin L. Hoover
Assistant United States Attorney