UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14074-CR-CANNON

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANNIMA YUANTRELL SESSION,
a/k/a "Shalamar", a/k/a "Lean",
a/k/a "Dreds", a/k/a "Rasta",

Defendant.

_____/

## JURY VERDICT

We, the jury, unanimously find as follows as to the Defendant as to the following counts of the

Indictment:

### COUNT ONE

As to Count 1 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Sherry W. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

### COUNT TWO

As to Count 2 of the Indictment – Sex Trafficking of a Minor involving Kara B. –

we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

As to Count 2 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Kara B. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____



**COUNT THREE**

As to Count 3 of the Indictment, Sex Trafficking by Force, Fraud, or Coercion

involving Sara K. we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT FOUR**

As to Count 4 of the Indictment – Sex Trafficking of a Minor involving Katelyn F.

– we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

As to Count 4 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Katelyn F. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT FIVE**

As to Count 5 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Amanda M. – we find defendant SHANNIMA YUANTRELL

SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT SIX**

As to Count 6 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Dinah C. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

CASE NO. 22-14074-CR-CANNON



**COUNT SEVEN**

As to Count 7 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Angel T. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT EIGHT**

As to Count 8 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Jessica H. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT NINE**

As to Count 9 of the Indictment – Sex Trafficking of a Minor involving Amanda L.

– we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT TEN**

As to Count 10 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Tina I. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY _____X_____ NOT GUILTY _____

**COUNT ELEVEN**

As to Count 11 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion

involving Tiffanie R. – we find defendant SHANNIMA YUANTRELL

SESSION:

GUILTY _____X_____ NOT GUILTY _____

**SO SAY WE ALL:**

Signed and dated at the United States Courthouse, Fort Pierce, Florida, this 20 day of

September _____ 2024.

Foreperson's Signature                    Foreperson's Printed Name