UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-CR-14074-CANNON/MAYNARD(s)

UNITED STATES OF AMERICA,

vs.

SHANNIMA YUANTRELL SESSION,
    a.k.a "Shalamar"
    a.k.a "Lean"
    a.k.a "Dreds"
    a.k.a "Rasta"

        Defendant.
_____/

## UNITED STATES' EXHIBIT INDEX

| | |
|---|---|
| GX1 | Map of Locations in Highlands County |
| GX3 | Map of Anderston Street and Lake Huntley |
| GX4 | Book Entitled *Pimp: A Story of my Life* Recovered from 165 St. Lucie Street |
| GX5 | ZTE Cellular Telephone Recovered from 165 St. Lucie Street |
| GX6 | Device Report for ZTE Cellular Telephone |
| GX7 | Alcatel Cellular Telephone Recovered from 165 St. Lucie Street |
| GX8 | Device Report for Alcatel Cellular Telephone |
| GX9 | Photograph of 335 Highlands Lake Drive |
| GX10 | Photograph of Interior Door of Highlands Lake Drive |
| GX11 | Photograph of M&H Store |
| GX12 | iPhone X Recovered from Defendant's Person |

| | |
|---|---|
| GX13 | Device Report for iPhone X Cellular Telephone |
| GX14 | Device Report for iPhone |