


**Preliminary Device Report** - Cellebrite Reports

## Device Information

| Name | Value |
|---|---|
| Logical (1) | |
| ICCID | 89011503277114150771 |
| IMSI | 310150711415077 |
| ACC | 0x0080 = Class 7 |
| Logical (2) | |
| ICCID | 89011503277114150771 |
| IMSI | 310150711415077 |
| ACC | 0x0080 = Class 7 |
| Physical | |
| Detected Phone Vendor | ZTE |
| Detected Phone Model | Z851M |
| OS Version | 7.1.1 |
| Android fingerprint | ZTE/Z851M/jeff:7.1.1/NMF26V/20180412.114829:user/release-keys |
| Bluetooth device address | 0C:72:D9:DE:81:4E |
| Bluetooth device name | ZTE_Overture_3 |
| Android ID | 3a19312ca47fdbaa |
| Phone Activation Time | 1/1/2017 5:00:13 PM(UTC+0) |
| Mock locations allowed | False |
| Location Services Enabled | True |
| Recovery Event | 1970-01-05T05:55:32.000+00:00 |
| Recovery Event | 1970-02-04T12:04:03.000+00:00 |
| Recovery Event | 1970-01-01T00:52:41.000+00:00 |
| Carrier Name | |
| ICCID | 89011503277114150771 |
| Advertising ID #1 | 0164c783-5229-4c96-85a5-703b927d4c54 |
| Time Zone | (UTC-05:00) Detroit (America) |
| Tethering | |
| Hotspot password required | ■■■■■■ |
| Last known use: 6/22/2018 4:03:03 AM +00:00 | |
| MSISDN | +■■■■■■ |

## User Accounts (17)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | | | Messenger | com.facebook.messenger | | |
| 2 | | | Facebook | com.facebook.auth.login | | |
| 3 | | | preload@special_local.com | special_local.com | | |
| 4 | | | local@special_local.com | special_local.com | | |
| 5 | Google Photos | | ■■■■■■ | | | |
| 6 | Gmail | | ■■■■■■ | | | |
| 7 | Chrome | | | https://supervision.uscourts.gov/ | 3/11/2018 12:12:16 AM(UTC-5) | |
| 8 | Google Maps | | ■■■■■■ | | | |
| 9 | MMS | | +■■■■■■ | | | Phone: +■■■■■■ |
| 10 | Google Drive | | ■■■■■■ | | | |



GOVERNMENT EXHIBIT
CASE NO. 22-CR-14074-AMC
EXHIBIT NO. GX6

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Facebook | Heather Hooper | | | | User ID:<br>Facebook Id<br><br>Profile Picture:<br>Pic Square<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p148x148/28871831_107407693429867_2687077049574621184_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=ad92f9a5051f7517deaad4c95d7330d3&oe=5B38724F<br>Profile Picture size: 60<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p60x60/28871831_107407693429867_2687077049574621184_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=a92e283d8a5e7861377d787ec01db1b2&oe=5B0C427C<br>Profile Picture size: 148<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p148x148/28871831_107407693429867_2687077049574621184_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=ad92f9a5051f7517deaad4c95d7330d3&oe=5B38724F<br>Profile Picture size: 480<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p480x480/28871831_107407693429867_2687077049574621184_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=1eb1a5d6bd0964369114ef730022de6e&oe=5B44AC92 |
| 12 | Facebook | Heather Rose | | | | User ID:<br>Facebook Id<br><br>Profile Picture:<br>Pic Square<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p60x60/28795552_109863293183595_9063643149606061727_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=b22a7b575cf1c2d576dad881c027b500&oe=5B4EE041<br>Profile Picture size: 60<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p60x60/28795552_109863293183595_9063643149606061727_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=b22a7b575cf1c2d576dad881c027b500&oe=5B4EE041<br>Profile Picture size: 148<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p148x148/28795552_109863293183595_9063643149606061727_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=a7ed1f5b5f8c4bc41d3aad3cc5d4403c&oe=5B8B9072<br>Profile Picture size: 480<br>https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p480x480/28795552_109863293183595_9063643149606061727_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=b1f2e469842e021c45663229d5e21e13&oe=5B93CEAF<br><br>Phone:<br>Phone Number<br>+ |

| 13 | Facebook | Shaharna Luxurious | | | | Usage Facebook Id ▮▮▮▮▮ Profile Picture: Pic Square https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p80x80/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=8ab8fb50c3a4ec37d258dce06568052e&oe=5BEB2E21 Profile Picture size: 80 https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p80x80/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=8ab8fb50c3a4ec37d258dce06568052e&oe=5BEB2E21 Profile Picture size: 120 https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p120x120/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=2d62479994c638cbf3e8c6a47ddce025&oe=5BB60AD8 Profile Picture size: 480 https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p480x480/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=cac864a28ed31590e051023045cfc2bc&oe=5BA334C8 Profile Picture size: 80 https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p80x80/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=d2509cc03ccad5a767144a57b915a1ee&oe=5BC3A121 Profile Picture size: 480 https://scontent-mia3-2.xx.fbcdn.net/v/t1.0-1/p480x480/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=0&_nc_ad=z-m&_nc_cid=0&oh=cf7e16cbc7f9b89e7238a5444137bdd2&oe=5B7BA7C8 |

| 15 | Zoosk Dating App | Sheliamrluxurious | | Facebook login | Usage Facebook Id ████████ Web address: https://www.facebook.com/app_scoped_user_id/████ |
| --- | --- | --- | --- | --- | --- |
| 16 | | Shannima Session | ████████ | com.google | |
| 17 | Google Client ID | ████████ | ████ | | |

4