


## Preliminary Device Report - Alcatel 5044C Verso

### Device Information

| Name | Value |
|---|---|
| Physical | |
| OS Version | 7.0 |
| Detected Phone Model | Alcatel_5044C |
| Android fingerprint | TCL/Alcatel_5044C/BUZZ6T4GCRICKET:7.0/NRD90M/VT3Z:user/release-keys |
| Detected Phone Vendor | TCL |
| Bluetooth device name | Alcatel Verso |
| Android ID | c1797596fa013e2c |
| Bluetooth device address | 22:22:B8:02:ED:38 |
| Phone Activation Time | 6/22/2018 2:37:57 PM(UTC+0) |
| Time Zone | (UTC-05:00) Detroit (America) |
| Location Services Enabled | True |
| Recovery Event | 1970-01-01T00:07:11.000+00:00 |
| Carrier Name | cricket |
| ICCID | 89011503277140219160 |
| Advertising ID #1 | 35020c97-e2aa-408a-bc25-936991e7b0c9 |
| Tethering | |
| Hotspot password required | d5601eb90de7 |
| Last Activation Time | 8/4/2018 1:27:30 AM(UTC+0) |
| Last known use: 10/8/2018 11:21:05 PM +00:00 | |
| MSISDN | + |

### User Accounts (12)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | | | Facebook | com.facebook.auth.login | | |
| 2 | | | PHONE | com.android.localphone | | |
| 3 | Chrome | | | https://m.facebook.com/ | 7/21/2018 11:35:12 PM(UTC-4) | |
| 4 | Chrome | | | https://supervision.uscourts.gov/ | 7/14/2018 11:46:28 PM(UTC-4) | |
| 5 | Facebook Messenger | | | | | User ID: Facebook Id |
| 6 | Gmail | | | | | |
| 7 | Google Maps | | | | | |
| 8 | MMS | | + | | | Phone: + |
| 9 | Facebook Messenger | Rachel H | | | | User ID: Facebook Id |



GOVERNMENT EXHIBIT
CASE NO. 22-CR-14074-AMC
EXHIBIT NO. GX8

1

| 10 | Facebook | Shanima Luxurious | | usage Facebook Id [redacted] Profile Picture: Pic Square https://scontent-atl3-1.xx.fbcdn.net/v/t1.0-1/p60x60/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=ffee9288a414157a18764c506fe99d6b&oe=5C147326 Profile Picture size: 60 https://scontent-atl3-1.xx.fbcdn.net/v/t1.0-1/p60x60/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=ffee9288a414157a18764c506fe99d6b&oe=5C147326 Profile Picture size: 148 https://scontent-atl3-1.xx.fbcdn.net/v/t1.0-1/p148x148/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=74f19d3963697073b86ffb063e42990f&oe=5C19BB15 Profile Picture size: 480 https://scontent-atl3-1.xx.fbcdn.net/v/t1.0-1/p480x480/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=460900959ee9d008e904c5de67dfdfa8&oe=5C19DBC8 Profile Picture size: 80 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p80x80/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=f16ff302bb1411a38f7da0a80025ae99&oe=5C61D521 Profile Picture size: 120 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p120x120/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=1ec69214e413f18f683f3c09b15df25a&oe=5C543ED8 Profile Picture size: 480 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p480x480/27066969_151548142304388_1883788712081783050_n.jpg?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=460900959ee9d008e904c5de67dfdfa8&oe=5C19DBC8 Phone: Phone Number +[redacted] |
| 11 | | Shannima Session | [redacted] | com.google | | |
| 12 | Google Drive | Shannima Session | [redacted] | | | |