


## Preliminary Device Report - Apple iOS Full File system

**GOVERNMENT EXHIBIT**
CASE NO. 22-CR-14074-AMC
EXHIBIT NO. GX13

## Device Information

| Name | Value |
|---|---|
| Legacy | |
| Phone Settings | |
| Message Retention Duration | Forever |
| Location Services Enabled | True |
| Locale language | en_US |
| Apple ID | |
| iCloud account present | True |
| Owner Name | iPhone |
| MSISDN | |
| Last used MSISDN | + |
| MSISDN | + |
| Last user ICCID | 89011202002599479022 |
| ICCID | 89011503277140219160 |
| ICCID | 89148000003958370376 |
| Serial | DNQW2EGFJCLF |
| IMEI | 353054098554793 |
| Unique ID | cc77041a8813cf8d76e7064a4eb62fe36b27fa03 |
| AirDrop ID | 41857c1c67ed |
| Time Zone | (UTC-05:00) New_York (America) |
| Advertising Id (IDFA) #1 | B09DFE5A-EDC6-431D-BBB4-13E8695F2BE2 |
| Bluetooth device address | <string>C8:3C:85:B2:69:45</string> |
| ICCID | 89011202002599479022 |
| MSISDN | 15616445900 |
| IMSI | 310120259947902 |
| Tethering | |
| Last Activation Time | 10/23/2020 8:24:37 PM(UTC+0) |
| Network Interfaces | |
| Wi-Fi MAC address | C8:3C:85:B2:69:33 |
| MAC address | CA:3C:85:B2:69:46 |
| MAC address | CA:3C:85:B2:69:B9 |
| MAC address | 6E:EF:45:46:66:90 |

## User Accounts (11)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | | | | A1554B93-94AA-460E-9294-C1CAE9522CE7 | 4/24/2020 4:25:12 PM(UTC-4) | Unknown: Account Description Gmail |
| 2 | | | | B393EA49-0817-4BF1-AA38-2E710481FE40 | 3/5/2018 5:41:52 PM(UTC-5) | Unknown: Account Description iTunes Store |
| 3 | | | | 12C5ABEE-3946-4B4A-93E9-2B7953AD18F3 | 3/5/2018 5:41:52 PM(UTC-5) | Unknown: Account Description Messages |
| 4 | | | | A4F11318-B13F-4B6C-B265-FDD0C0590C4B | 3/5/2018 5:44:58 PM(UTC-5) | Unknown: Account Description Apple ID |
| 5 | | | | 4D338566-25C2-4B9B-9FBF-2BAF896C193D | 3/5/2018 5:44:58 PM(UTC-5) | Unknown: Account Description IDMS |
| 6 | | | | F5EEAC58-F93F-4B38-8888-EEEF952173EE | 3/5/2018 5:49:49 PM(UTC-5) | Unknown: Account Description CloudKit |
| 7 | | | | 36D50FE4-93FC-4F34-843D-DB271C8EC6C2 | 3/5/2018 5:49:47 PM(UTC-5) | Unknown: Account Description Device Locator |
| 8 | | | | 8974DEE4-4799-415E-8249-38F18D35862E | 3/5/2018 5:49:47 PM(UTC-5) | Unknown: Account Description Find My Friends |
| 9 | | | | BC92E0C7-5014-4025-B1B7-797CED237DB6 | 3/5/2018 5:49:52 PM(UTC-5) | Unknown: Account Description iCloud |
| 10 | Tango | | | | | |
| 11 | Health | | | | 9/12/2020 5:57:08 AM | |