

**Preliminary Device Report** - Apple iOS Full File system

## Device Information

| Name | Value |
|---|---|
| Legacy | |
| Phone Settings | |
| Message Retention Duration | Forever |
| Location Services Enabled | True |
| Locale language | en_US |
| Apple ID | |
| iCloud account present | True |
| Owner Name | iPhone |
| Model number | D22AP |
| MSISDN | 7865106718 |
| Last user ICCID | 89011503277140219160 |
| ICCID | 89148000003958370376 |
| Last used MSISDN | + |
| Serial | DNQW2EGFJCLF |
| IMEI | 353054098554793 |
| Unique ID | cc77041a8813cf8d76e7064a4eb62fe36b27fa03 |
| AirDrop ID | 6DD630469FCA |
| Time Zone | (UTC-05:00) New_York (America) |
| Advertising Id (IDFA) #1 | B09DFE5A-EDC6-431D-BBB4-13E8695F2BE2 |
| Bluetooth device address | <string>C8:3C:85:B2:69:45</string> |
| ICCID | 89011503277140219160 |
| MSISDN | |
| Detected Phone Model | iPhone X |
| Tethering | |
| Last Activation Time | 1/5/2019 12:54:50 PM(UTC+0) |
| Network Interfaces | |
| Wi-Fi MAC address | C8:3C:85:B2:69:33 |
| MAC address | CA:3C:85:B2:69:46 |
| MAC address | CA:3C:85:B2:69:B9 |

## User Accounts (20)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
|---|---|---|---|---|---|---|
| 1 | | | | B393EA49-0817-4BF1-AA38-2E710481FE40 | 3/5/2018 5:41:52 PM(UTC-5) | **Unknown:** Account Description iTunes Store |
| 2 | | | | A4F11318-B13F-4B6C-B265-FDD0C0590C4B | 3/5/2018 5:44:58 PM(UTC-5) | **Unknown:** Account Description Apple ID |
| 3 | | | | 4D338566-25C2-4B9B-9FBF-2BAF896C193D | 3/5/2018 5:44:58 PM(UTC-5) | **Unknown:** Account Description IDMS |
| 4 | | | | 12C5ABEE-3946-4B4A-93E9-2B7953AD18F3 | 3/5/2018 5:41:52 PM(UTC-5) | **Unknown:** Account Description Messages |
| 5 | | | | F5EEAC58-F93F-4B38-8888-EEEF952173EE | 3/5/2018 5:49:49 PM(UTC-5) | **Unknown:** Account Description CloudKit |
| 6 | | | | 36D50FE4-93FC-4F34-843D-DB271C8EC6C2 | 3/5/2018 5:49:47 PM(UTC-5) | **Unknown:** Account Description Device Locator |
| 7 | | | | 8974DEE4-4799-415E-8249-38F18D35862E | 3/5/2018 5:49:47 PM(UTC-5) | **Unknown:** Account Description Find My Friends |
| 8 | | | | BC92E0C7-5014-4025-B1B7-797CED237DB6 | 3/5/2018 5:49:52 PM(UTC-5) | **Unknown:** Account Description iCloud |
| 9 | | | | 3B1A7129-29F2-47CE-B3D4-07C7C37EBE1D | 10/11/2018 12:37:44 PM(UTC-4) | **Unknown:** Account Description Gmail |

GOVERNMENT EXHIBIT
CASE NO. 22-CR-14074-AMC
EXHIBIT NO. GX14
AO386-C

| # | Platform | | | | | Details |
|---|---|---|---|---|---|---|
| 10 | Instagram | | | | | Username<br>User ID:<br><br>**Profile Picture:**<br>Photo Url<br>https://scontent-mia3-1.cdninstagram.com/vp/1c495aed145bd6785a5c50c4e4125b60/5CB70698/t51.2885-19/s150x150/20633764_1932177890395552_2238590051 4541568_a.jpg?_nc_ht=scontent-mia3-1.cdninstagram.com |
| 11 | Snapchat | | | | | |
| 12 | Native Messages | | | | | **Phone:**<br>Phone Number<br>+<br>Phone Number<br>+ |
| 13 | Facebook | | | | | **User ID:**<br>Facebook Id<br><br>**Profile Picture:**<br>Profile Picture size 120.0<br>https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/c35.0.120.120/p120x120/1379841_10150004552801901_469209496895221757_n.jpg.webp?_nc_cat=1&_nc_ad=z-m&_nc_cid=0&oh=c7bdfddc81aa5912203782d358a26a87&oe=5C618364<br>Profile Picture size 240.0<br>https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/c71.0.240.240/p240x240/1379841_10150004552801901_469209496895221757_n.jpg.webp?_nc_cat=1&_nc_ad=z-m&_nc_cid=0&oh=5bc9c4e6c330e8a71802f75acc2ab045&oe=5C4D7C31 |
| 14 | Facebook Messenger | | | | | **User ID:**<br>Facebook Id<br><br>**Profile Picture:**<br>Profile Picture size 120<br>https://scontent.xx.fbcdn.net/v/t1.0-1/c35.0.120.120/p120x120/1379841_10150004552801901_469209496895221757_n.jpg.webp?_nc_cat=1&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=cb47758261c3ca6d7380f6a78cf3d811&oe=5C891064<br>Profile Picture size 240<br>https://scontent.xx.fbcdn.net/v/t1.0-1/c71.0.240.240/p240x240/1379841_10150004552801901_469209496895221757_n.jpg.webp?_nc_cat=1&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=71a7ca3b75170e66ec249e97c07e617a&oe=5C750931 |

| # | App | Name | Username | | | Details |
|---|---|---|---|---|---|---|
| 15 | Facebook | Rachel | | | | User ID: Facebook Id <br><br>Profile Picture: <br>Profile Picture size 120.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p120x120/29792991_223246668408929_4542270026844995584_n.jpg.webp?_nc_cat=110&_nc_ad=z-m&_nc_cid=0&oh=1d87039d05611a03b72488aa13b6453f&oe=5C4CB7CA <br>Profile Picture size 240.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p240x240/29792991_223246668408929_4542270026844995584_n.jpg.webp?_nc_cat=110&_nc_ad=z-m&_nc_cid=0&oh=af7f3f36925fb0e9de70c9ccfc2386db&oe=5C5A7A34 |
| 16 | Facebook | Rasta Session | rasta.session | | | User ID: Facebook Id <br><br>Profile Picture: <br>Profile Picture size 120.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p120x120/32116810_124635975068354_1242199559564689408_n.jpg.webp?_nc_cat=104&_nc_ad=z-m&_nc_cid=0&oh=52bd31fc8f6c5317d49a0f22630e6882&oe=5C45B7BB <br>Profile Picture size 240.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p240x240/32116810_124635975068354_1242199559564689408_n.jpg.webp?_nc_cat=104&_nc_ad=z-m&_nc_cid=0&oh=7bc08155a84a40a7dc87b5a08e0e1b9b&oe=5C5FDE45 |
| 17 | Facebook Messenger | Rasta Session | rasta.session | | | User ID: Facebook Id <br><br>Profile Picture: <br>Profile Picture size 120 https://scontent.xx.fbcdn.net/v/t1.0-1/p120x120/32116810_124635975068354_1242199559564689408_n.jpg.webp?_nc_cat=104&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=d3f88c199fbdb507a595a139e50f72ce&oe=5CBC5EBB <br>Profile Picture size 240 https://scontent.xx.fbcdn.net/v/t1.0-1/p240x240/32116810_124635975068354_1242199559564689408_n.jpg.webp?_nc_cat=104&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=7b1a65f865dcce123b796b7d568a83b9&oe=5C876B45 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Facebook | Shalamar Luxurious | shalamar.luxurious.7 | | | User ID: Facebook Id ▮▮▮▮ User ID ▮▮▮▮<br><br>Profile Picture:<br>Profile Picture size 120.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p120x120/27066969_151548142304388_1883788712081783050_n.jpg.webp?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=c2a3005bd8421c0c1675ba49b0a7c1a6&oe=5C4D4326<br>Profile Picture size 240.0 https://scontent-mia3-1.xx.fbcdn.net/v/t1.0-1/p240x240/27066969_151548142304388_1883788712081783050_n.jpg.webp?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&oh=b3a0d246c9f6c5c02593fb7c1d23c6b8&oe=5C5236D8 |
| 19 | Facebook Messenger | Shalamar Luxurious | shalamar.luxurious.7 | | | User ID:<br>Facebook Id ▮▮▮▮<br><br>Profile Picture:<br>Profile Picture size 120 https://scontent.xx.fbcdn.net/v/t1.0-1/p120x120/27066969_151548142304388_1883788712081783050_n.jpg.webp?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=89586b316fc3da701727aef8daee9bd0&oe=5C74D026<br>Profile Picture size 240 https://scontent.xx.fbcdn.net/v/t1.0-1/p240x240/27066969_151548142304388_1883788712081783050_n.jpg.webp?_nc_cat=105&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=24c6fa988eb4662e16620e5dea52114a&oe=5C79C3D8 |
| 20 | Pinterest | Shannima | shannima | | | Pinterest ID:<br>Pinterest ▮▮▮▮<br><br>Email:<br>Pinterest ▮▮▮▮ |

4