11-6-24

The actions of Shalamar have greatly affected my life. I am emotionaly scared and will never be the same. I am appreciative to all of you that heard my words and saw my Pain. This may never be over for me mintally but at least I can take comfort in knowing he will not do this to any one else. For that I am Thankful.

